THOMAS P. MILLER, WSBA #
CHRISTIE LAW GROUP, PLLC
2100 Westlake Avenue N., Suite 206
Seattle, WA  98109
Telephone: (206) 957-9669

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

ISAIAH MOSSES COLLEY, DAKOTA
LEIGH STREET, DION ALBERTO
GALVAN, BERNICE TANYA
COLLEY, LYDIA RESENDEZ, and
DAVID MARTINEZ,

                       Plaintiffs,

     v.

BENTON COUNTY, WASHINGTON,
and OFFICERS JOHN DOE 1-10,
individually, and in their capacity as an
employee of BENTON COUNTY,
WASHINGTON; CITY OF PROSSER,
WASHINGTON, and OFFICERS JOHN
DOE 11-21, individually, and in their
capacity as an employee of CITY OF
PROSSER, WASHINGTON; CITY OF
CENTRALIA, and OFFICERS JOHN
DOE 22-32, individually, and in their
capacity as an employee of CITY OF

NO.  1:22-CV-03203

NOTICE OF REMOVAL

NOTICE OF REMOVAL - 1

CENTRALIA; LEWIS COUNTY, WASHINGTON and OFFICERS JOHN DOE 31-40, individually, and in their capacity as an employee of LEWIS COUNTY, Washington;

Defendants.

TO:   The United States District Court for the Eastern District of Washington

Defendant CITY OF PROSSER, WASHINGTON hereby gives notice that it is removing this case to the United States District Court for the Eastern District of Washington at Yakima on the grounds set forth below.

1.      Plaintiffs' Complaint for Declaratory Relief, Injunction & Damages was originally filed with the Superior Court for the State of Washington for Walla Walla County on October 4, 2022, and denominated Case No. 22-2-00604-36.  Defendant City of Prosser received a copy of the Complaint on or about November 10, 2022.

2.      This Notice is being filed within 30 days of defendant City of Prosser's initial receipt of plaintiffs' Complaint.  All defendants who have been served and appeared (Benton County, City of Centralia, and Lewis County) in the above matter consent and agree to the removal of this case to the United States District Court.

NOTICE OF REMOVAL - 2

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

3.     This is a civil action that includes allegations in paragraph 7.3(d) of the Complaint of deprivation of the plaintiffs' U.S. Constitutional rights, which is actionable under 42 U.S.C. § 1983.

4.     28 U.S.C. § 1441(a) provides as follows:

Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

28 U.S.C. § 1331 also provides in relevant part as follows:

The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

5.     Plaintiffs' Complaint includes allegations in paragraph 7.3(d) of violations of the United States Constitution.  This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1441. Removal is proper to the Eastern District of Washington at Yakima because the district and division embrace Walla Walla County, which is where plaintiffs filed their Complaint.  Per the Complaint, some of the alleged events giving rise to this lawsuit occurred in Benton County, Washington.  Walla Walla is an adjoining county thereto.

NOTICE OF REMOVAL - 3

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

A true and correct copy of the Complaint filed on October 4, 2022 is attached hereto as Exhibit A.

WHEREFORE, defendant gives notice that the court action pending against them in Walla Walla County Superior Court has been removed from that court to the United States District Court for the Eastern District of Washington at Yakima.

DATED this 9th day of December, 2022.

CHRISTIE LAW GROUP, PLLC

By _s/ Thomas P. Miller_
      THOMAS P. MILLER, WSBA #34473
      JOHN W. BARRY, WSBA #55661
       *Attorneys for Defendant City of Prosser*
      2100 Westlake Avenue N., Suite 206
      Seattle, WA  98109
      Telephone:  (206) 957-9669
      Fax:  (206) 352-7875
      Email: tom@christielawgroup.com
       john@christielawgroup.com

NOTICE OF REMOVAL - 4

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Janelle M. Carman-Wagner, WSBA #31537
Ashely C. Kulberg, WSBA #59412
CARMAN LAW OFFICE, INC.
6 E. Alder Street, Ste. 418
Walla Walla, WA  99362
Phone: 509-529-1018
Email: jmcarman@carman-law.com
akulberg@carman-law.com
*Attorneys for Plaintiffs*

Mike Throgmorton, WSBA # 44263
LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, PS
PO Box 11880
Olympia, WA  98508
Phone:360-754-3480
Email: mthrogmorton@lldkb.com
*Attorney for Centralia and Lewis County*

Jeremy W. Culumber, WSBA #35423
KEATING BUCKLIN & MCCORMACK
801 Second Ave., Ste. 1210
Seattle, WA  98104
Phone: 206-623-8861
Fax: 206-223-9423
Email: jculumber@kbmlawyers.com
*Attorney for Benton County*

*///*

*///*

NOTICE OF REMOVAL - 5

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

CHRISTIE LAW GROUP, PLLC


By _s/ Thomas P. Miller_____

    THOMAS P. MILLER, WSBA #34473
        *Attorney for Defendant City of Prosser*
    2100 Westlake Avenue N., Suite 206
    Seattle, WA  98109
    Telephone:  (206) 957-9669
    Fax:  (206) 352-7875
    Email: tom@christielawgroup.com

NOTICE OF REMOVAL - 6